UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 7, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

Kimberly Leetzow,

        Plaintiff,

v.

Metropolitan Life Insurance Company et al.,

        Defendants.

EDCV 15-2468-VAP (KKx)

JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Finding in Favor of Plaintiff Kimberly Leetzow and Granting Attorneys' Fees filed herewith, IT IS ORDERED AND ADJUDGED that (1) Defendant is to pay Plaintiff disability benefits under the Policy from the end of the elimination period through the end of the 24-month period following the elimination period along with prejudgment interest; (2) Plaintiff is awarded reasonable attorneys' fees and costs ; and (3) the case is REMANDED to Defendant to determine whether Plaintiff is disabled under the "any occupation" standard as defined in the Policy.  The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   12/7/16

*Virginia A. Phillips*
Virginia A. Phillips
Chief United States District Judge